# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1464WA

_____

| | |
|---|---|
| Larry Hearn,<br><br>    Appellant,<br><br> v.<br><br>The Local 7370 of the United<br>Paperworkers International Union;<br>United Paperworkers International<br>Union; Whirlpool Corporation,<br><br>    Appellees. | Appeal from the United States<br>District Court for the Western<br>District of Arkansas.<br><br>[UNPUBLISHED] |

_____

Submitted:  September 16, 1998
Filed: September 18, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Larry Hearn appeals the district court's adverse grant of summary judgment in Hearn's lawsuit against his employer for breach of the collective bargaining agreement and against his union for breach of the duty of fair representation under section 301 of the Labor Management Relations Act, 29 U.S.C. § 185 (1994).  Having carefully reviewed the record and the parties' briefs, we find no reversible error and affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.